1  David Mincin, Esq.
   Nevada Bar No. 5427
2  LAW OFFICES OF RICHARD MCKNIGHT, P.C.
   330 S. Third Street #900
3  Las Vegas, Nevada 89101
   dmincin@lawlasvegas.com
4  Phone: 702-388-7185
   Fax: 702-388-0108
5  *Attorney for Creditors Daniel Lorti
   and Gloria Lorti*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-26137-BAM |
|---|---|
| WALT A. WALTERS, | Chapter 11 |
| Debtor. | |

## REQUEST FOR SPECIAL NOTICE

COMES NOW creditors, Daniel Lorti and Gloria Lorti, and requests that the LAW OFFICES OF RICHARD McKNIGHT, P.C. be given notice of the filing of any pleadings in this proceeding, any adversary proceedings filed pursuant to Bankruptcy Rule 7001, and any pleadings filed in connection therewith, along with special notice of all pleadings and papers filed in connection with any contested matter under Rule 9014 to the address set forth below.

David Mincin, Esq.
Law Offices of Richard McKnight, P.C.
330 S. Third St., #900
Las Vegas, NV 89101

DATED this 2nd day of September, 2009.

LAW OFFICES OF RICHARD MCKNIGHT, P.C.


By:  /s/   David Mincin
     David Mincin, Esq.
     Nevada State Bar No. 5427
     330 S. Third Street #900
     Las Vegas, Nevada 89101
     *Attorneys for Creditors Daniel Lorti
     and Gloria Lorti*