IN THE UNITED STATES BANKRUPTCY COURT
FOR THE  DISTRICT OF NEVADA
LAS VEGAS DIVISION

IN RE:

WALT A. WALTERS

CASE NO. 09-26137
CHAPTER 11
JUDGE BRUCE A. MARKELL

## REQUEST FOR SERVICE OF NOTICE PURSUANT TO F.R.B.P. 2002(g)

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED
PARTIES:

You are hereby given notice that McCALLA RAYMER, LLC has been appointed by

Litton Loan Servicing, to serve as its authorized agent to, inter alia, receive and review all notices

that may affect its interests in this matter.  Accordingly, you are requested to serve a copy of each

notice of any proceeding, hearing and/or report in this matter, including, but not limited to,

notices required by Bankruptcy Rules 2002 (g) and 9010(a) and the Local Rules of the

Bankruptcy Court upon the undersigned at the addresses indicated below.

Respectfully submitted,

McCALLA RAYMER, LLC

/s/ John D. Schlotter

_____
John D. Schlotter, Esq. Georgia Bar No. 629456
1544 Old Alabama Road
Roswell, Georgia  30076-2102
770-643-7200/866-761-0279 Fax

*Authorized Agent for Litton Loan Servicing*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE  DISTRICT OF NEVADA
LAS VEGAS DIVISION

IN RE:

WALT A. WALTERS

CASE NO. 09-26137
CHAPTER 11
JUDGE BRUCE A. MARKELL

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Service of Notice has

been served by First Class Mail, postage pre-paid, upon the following parties in interest on the

8th day of September, 2009.

Debtor's Attorney

Nikoll  Nikci, Esq.
626 South Third Street
Las Vegas, NV  89101

Chapter 11 Trustee

NEED TRUSTEE

Respectfully submitted,
McCALLA RAYMER, LLC

/s/ John D. Schlotter

_____
John D. Schlotter, Esq. Georgia Bar No. 629456
1544 Old Alabama Road
Roswell, Georgia  30076-2102

770-643-7200/866-761-0279 Fax