B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Walt Albert Walters**  
Debtor(s)

Case No.  **09-26137**  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Andrew Murphy<br>1997 Goldenrod Ave<br>Corona Del Mar, CA 92625 | Andrew Murphy<br>1997 Goldenrod Ave<br>Corona Del Mar, CA 92625 | Investor | | 475,000.00 |
| Andrew Papac<br>2030 Santa Anita Avenue<br>South El Monte, CA 91733 | Andrew Papac<br>2030 Santa Anita Avenue<br>South El Monte, CA 91733 | Investor | | 371,000.00 |
| Dan C. Lorti<br>50 Ridgeline Drive,<br>Newport Beach, CA 92660 | Dan C. Lorti<br>50 Ridgeline Drive,<br>Newport Beach, CA 92660 | Inverstor | | 1,415,041.00 |
| Don & Carmon Andert<br>417 North Meadowbrook Avenue<br>Anaheim, CA 92801 | Don & Carmon Andert<br>417 North Meadowbrook Avenue<br>Anaheim, CA 92801 | Investor | | 90,000.00 |
| Don Murphy<br>1007 Goldenrod Ave<br>Corona Del Mar, CA 92625 | Don Murphy<br>1007 Goldenrod Ave<br>Corona Del Mar, CA 92625 | Investor | | 663,354.00 |
| Dorothy Folkert | Dorothy Folkert | Investor | | 150,000.00 |
| Dorothy Handy<br>#44 Whitewater Drive<br>Corona Del Mar, CA 92625 | Dorothy Handy<br>#44 Whitewater Drive<br>Corona Del Mar, CA 92625 | Investor | | 125,000.00 |
| George W. Ellis<br>1447 Beverly Drive<br>Anaheim, CA 92801 | George W. Ellis<br>1447 Beverly Drive<br>Anaheim, CA 92801 | Investor | | 2,250,000.00 |
| Gloria Lorti<br>50 Ridgeline Drive,<br>Newport Beach, CA 92660 | Gloria Lorti<br>50 Ridgeline Drive,<br>Newport Beach, CA 92660 | Investor | | 1,372,000.00 |
| Jack And Valla Miller<br>2426 Oakmount Drive<br>Sierra Vista, AZ 85650 | Jack And Valla Miller<br>2426 Oakmount Drive<br>Sierra Vista, AZ 85650 | Investor | | 152,000.00 |
| Johnson Brothers Partnership<br>PO Box 610<br>Sun City, CA 92586 | Johnson Brothers Partnership<br>PO Box 610<br>Sun City, CA 92586 | Investor | | 587,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Walt Albert Walters**                                                     Case No.   **09-26137**
                             Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Litton Loan Servicing Attention: Bankruptcy 4828 Loop Central Drive Houston, TX 77081** | **Litton Loan Servicing Attention: Bankruptcy 4828 Loop Central Drive Houston, TX 77081** | **216 W. Philadelphia Ave** | | 331,332.71 |
| **Mike Stanley 4925 Via Primaria Yorba Linda, CA 92886** | **Mike Stanley 4925 Via Primaria Yorba Linda, CA 92886** | **Investor** | | 75,000.00 |
| **Patrick Doherty 1402 Peacock Hill Santa Ana, CA 92705** | **Patrick Doherty 1402 Peacock Hill Santa Ana, CA 92705** | **Investor** | | 186,986.00 |
| **Paul And Geri Centonze 15774 Twin Oaks Lane Chino Hills, CA 91709** | **Paul And Geri Centonze 15774 Twin Oaks Lane Chino Hills, CA 91709** | **Investor** | | 233,000.00 |
| **Paul And Tammy Johnson PO Box 610 Sun City, CA 92586** | **Paul And Tammy Johnson PO Box 610 Sun City, CA 92586** | **Investor** | | 100,000.00 |
| **Phillis Hill 5815 E. La palma #122 Anaheim, CA 92807** | **Phillis Hill 5815 E. La palma #122 Anaheim, CA 92807** | **Investor** | | 100,000.00 |
| **Robert Wachtler, Jr. 21 Morning Glory Irvine, CA 92603** | **Robert Wachtler, Jr. 21 Morning Glory Irvine, CA 92603** | **Investor** | | 303,000.00 |
| **Ruth Rae Johnson PO Box 610 Sun City, CA 92586** | **Ruth Rae Johnson PO Box 610 Sun City, CA 92586** | **Inverstor** | | 546,000.00 |
| **Sofija M. Korff #4 Whitewater Drive Corona Del Mar, CA 92625** | **Sofija M. Korff #4 Whitewater Drive Corona Del Mar, CA 92625** | **Investor** | | 100,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, **Walt Albert Walters**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 30, 2009**                      Signature   **/s/ Walt Albert Walters**
                                                                                  **Walt Albert Walters**
                                                                                  Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.