Entered on Docket
March 02, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association as Trustee for C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-SC1, by Litton Loan Servicing, LP as Attorney in Fact
09-78048

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-26137-bam |
| Walt A. Walters | Date: 2/23/10<br>Time: 2:30pm |
| | Chapter 11 |
| Debtor | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor U.S. Bank National Association as Trustee for C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-SC1, by Litton Loan Servicing, LP as Attorney in Fact, its assignees and/or successors in interest, of the subject property, generally described as 230 West Boston Avenue, Las Vegas, NV 89102, and legally described as follows:

> THE LAND REFERRED TO HEREIN IS SITUATED IN CLARK COUNTY, STATE OF NEVADA, AND IS DESCRIBED AS FOLLOWS:
>
> LOTS TWENTY-FOUR (24) AND TWENTY-FIVE (25) IN BLOCK THIRTEEN (13) OF THE MEADOWS ADDITION TOLAS VEGAS, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 1 OF PLATS, AT PAGE 43, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
>
> TOGETHER WITH THAT PORTION OF VACATED ALLEY APPURTENANT THERETO AS PROVIDED FOR IN THAT CERTAIN AMENDED ORDER OF VACATION RECORDED MAY 25, 1967 IN BOOK 798 AS DOCUMENT NO. 641362, OFFICIAL RECORDS, CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

//
//
//
//
//
//
//
//
//
//
//
//

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby
2  withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of
3  the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured
4  Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

5  DATED this _____ day of _____, 2010.

6  Submitted by:

7  WILDE & ASSOCIATES

8  By: _____ #10235
9  Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
10 208 South Jones Boulevard
   Las Vegas, Nevada 89107
11

12 APPROVED / DISAPPROVED

13 By:_____
   Samuel A. Schwartz
14 626 S. Third St.
   Las Vegas, NV 89101
15 Attorney for Debtor(s)

16 Nevada Bar No:_____

17

18 APPROVED / DISAPPROVED

19 By:_____
   Lenard E Schwartzer
20 2850 S. Jones Blvd. #1
   Las Vegas, NV 89146
21 Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
____ The court waived the requirements of LR 9021.
____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
____ No parties appeared or filed written objections, and the trustee is the movant.
__x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
__X__ approved the form of this order         ____ disapproved the form of this order
____ waived the right to review the order and/or    ____ failed to respond to the document
____ appeared at the hearing, waived the right to review the order
____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
____ approved the form of this order         ____ disapproved the form of this order
____ waived the right to review the order and/or    _x__ failed to respond to the document

____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
____ approved the form of this order         ____ disapproved the form of this order
____ waived the right to review the order and/or    ____ failed to respond to the document
____ appeared at the hearing, waived the right to review the order
____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
____ approved the form of this order         ____ disapproved the form of this order
____ waived the right to review the order and/or    ____ failed to respond to the document

____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor